UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80182-Civ-SCOLA

Malibu Media, LLC,

    Plaintiff,
vs.

Justin Bozeman,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

The Court has granted Plaintiff Malibu Media, LLC's Motion for Default Judgment (DE 15).  moves for default judgment against Justin Bozeman.  (DE 15.)  In accordance with Rule 58(a) of the Federal Rules of Civil Procedure, the Court therefore enters judgment in this matter in favor of Malibu Media and against Defendant Justin Bozeman.  Under this Judgment, Malibu Media is awarded the following relief:

- Bozeman shall pay to Plaintiff the sum of $24,750 in statutory damages, as authorized under 17 U.S.C. § 504(c)(1), and $2,995.00 for attorneys' fees and costs, as authorized under 17 U.S.C. § 505, making a total of $11,245.00, **for which let execution issue forthwith**;

- Bozemanhall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of this Default Judgment  until the date of its satisfaction;

- Bozeman is hereby enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or Plaintiff.

- Bozeman is hereby ordered to destroy all copies of Plaintiff's works that the Defendant Justin Bozeman has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant Justin Bozeman's possession, custody, or control.

The Clerk will **CLOSE** the case.

**DONE and ORDERED** in chambers at Miami, Florida, on July 1, 2013.

                                              ROBERT N. SCOLA, JR.
                                              UNITED STATES DISTRICT JUDGE

*Copies to:*
Justin Bozeman
841 Valley Forge Road
West Palm Beach, FL 33405